<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
    amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mundo Latino Market Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4638980** |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | **Debtor's address** | **1272-1278 St. Nicholas Avenue New York, NY 10033**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York**<br>County | Location of principal assets, if different from principal place of business<br>**590 West 174th Street, a/k/a 1272-1278 St. Nicholas Avenue New York, NY 10033**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Mundo Latino Market Inc.**                                    Case number (*if known*) _____
       Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | _____ | | _____ | | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| _____ | | | | _____ | |
| District | | When | | Case number, if known | |
| _____ | | _____ | | _____ | |

---

| Debtor | **Mundo Latino Market Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Mundo Latino Market Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2016**
MM / DD / YYYY

**X** **/s/ Kathryn N. Holler**                          **Kathryn N. Holler**
Signature of authorized representative of debtor          Printed name

Title    **president**

---

**18. Signature of attorney**

**X** **/s/ Alla Kachan**                          Date **May 11, 2016**
Signature of attorney for debtor                    MM / DD / YYYY

**Alla Kachan**
Printed name

**Law Offices Of Alla Kachan, P.C.**
Firm name

**3099 Coney Island Avenue
3rd Floor
Brooklyn, NY 11235**
Number, Street, City, State & ZIP Code

Contact phone    **(718) 513-3145**    Email address    **alla@kachanlaw.com**

**4244281**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May 11, 2016__         X /s/ Kathryn N. Holler _____
                                         Signature of individual signing on behalf of debtor

                                         **Kathryn N. Holler**
                                         Printed name

                                         **president**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mundo Latino Market Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 1270 Newark, NJ 07101** | | **Plum card** | | | | **$18,274.59** |
| **Ascentium Capital LLC PO Box 301593 Dallas, TX 75303** | | **POS system scales, software (9 CAS Scales CL5000, Invontron Software, 9 SQL NODE License, LOC Module Scale Link)** | **Disputed** | **$25,900.00** | **$12,000.00** | **$25,900.00** |
| **CAN CAPITAL 2015 Vaughn Road, Building 500 Kennesaw, GA 30144** | | **Loan** | **Disputed** | | | **$91,702.34** |
| **Constellation New Energy, Inc. 14217 Collections Centre Dr. Chicago, IL 60693** | | **Refrigeration System and Walk-in Coolers** | | **$291,031.58** | **$150,000.00** | **$141,031.58** |
| **Constellation NwEnergy, Inc. 14217 Collections Center Dr. Chicago, IL 60693** | | **Utility Service Charge** | | | | **$70,142.25** |
| **Giovanni RODRIGUEZ 8200 Boulevard East, Apt. 17-K North Bergen, NJ 07047** | | **Loan** | | | | **$21,000.00** |
| **GOYA FOODS, INC. 100 Seaview Drive Secaucus, NJ 07096** | | **Vendor** | **Disputed** | | | **$34,350.05** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mundo Latino Market Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GURU NETWORKS 6 N. Pearl Street, Suite 304C Port Chester, NY 10573** | | Vendor | Disputed | | | $47,030.63 |
| **JJCR ENTERPRISES LLC 17 Grand Avenue River Edge, NJ 07661** | | Services | Disputed | | | $62,000.00 |
| **JPMorgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265-9754** | | Overdraft checking account | Disputed | | | $89,908.46 |
| **Juan BAEZ 185 Audubon Avenue Apt. 25 New York, NY 10033** | | Payroll | | | | $12,470.00 |
| **Lawrence Mitchell 229 West 60th Street New York, NY 10023** | | Promissory note | Disputed | | | $42,000.00 |
| **MELBA UTICA PACKING CO. INC. 1209 Utica Avenue Brooklyn, NY 11203** | | Vendor | Disputed | | | $52,611.46 |
| **Norman KELLER 166 Bank Street, Apt. 4B New York, NY 10014** | | Promissory note | Disputed | | | $32,500.00 |
| **PLATZER, SWERGOLD, LEVINE, GOL 475 Park Avenue South, 18th Fl New York, NY 10016** | | Services | Disputed | | | $26,966.07 |
| **RIGS MANAGEMENT CO., LLC 42 Bayview Avenue PO BOX 4200 Manhasset, NY 11030** | | Landlord | Disputed | | | $113,000.00 |
| **SUPERMARKET NEEDS CORP D/B/A Huguenot Sales Co. 1135 Southern Blvd Bronx, NY 10459** | | Vendor | Disputed | | | $15,612.15 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Mundo Latino Market Inc.**                                      Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TROPICAL EXPRESS, INC. 529 Hunts Point Avenue Bronx, NY 10474** | | **Vendor** | **Disputed** | | | **$47,899.00** |
| **TROPICAL SOURCING LLC 9 Crossbrook Place Livingston, NJ 07039** | | **Vendor** | **Disputed** | | | **$20,000.00** |
| **WEST SIDE FOODS 355 Food Center Drive Bronx, NY 10474** | | **Vendor** | **Disputed** | | | **$49,205.45** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................    $ _____297,997.32

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................    $ _____297,997.32

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____316,931.58

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____1,031,589.97

4.  **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b

    $ _____1,348,521.55

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

2.      **Cash on hand** | **$50.00**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Chase Bank** **Restrained account by West Side Foods Inc.** | **Checking** | **3606** | **$80.98** |
| 3.2. | **Chase Bank** **Restrained account by West Side Foods Inc.** | **Checking** | **0266** | **$0.00** |
| 3.3. | **Chase Bank** **Restrained account by West Side Foods Inc.** | **Savings** | **3136** | **$0.59** |
| 3.4. | **Chase Bank** **Restrained account by West Side Foods Inc.** | **Checking** | **3312** | **$6,511.13** |
| 3.5. | **Neighborhood Trust Federal Credit Union** | **Checking and Savings** | **3924** | **$118.42** |

4.      **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mundo Latino Market Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 5. | **Total of Part 1.** | **$6,761.12** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **ConEdison, Utility Deposit** | **$3,236.20** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Rigs Management Co., LLC/ D/B/A Milbrook Properties, LTD Landlord** | **$96,000.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$99,236.20** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Merchandise inventory** | | **$0.00** | | **$5,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Mundo Latino Market Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$5,000.00

**24.   Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture**<br>Office furniture | $0.00 | | $500.00 |

**40.        Office fixtures**

**41.        Office equipment, including all computer equipment and communication systems equipment and software**

**42.        Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$500.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Mundo Latino Market Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**POS system scales, software (9 CAS Scales<br>CL5000, Invontron Software, 9 SQL NODE<br>License, LOC Module Scale Link)** | $0.00 | | $12,000.00 |
| **Refrigeration System and Walk-in Coolers** | $0.00 | | $150,000.00 |
| **Lighting** | $0.00 | | $2,500.00 |
| **Security Gates** | $0.00 | | $3,000.00 |
| **Produce Stands** | $0.00 | | $3,000.00 |
| **Produce Tables** | $0.00 | | $1,000.00 |
| **Cash Register Tables** | $0.00 | | $2,500.00 |
| **Conveyor belts** | $0.00 | | $5,000.00 |
| **Butcher Equipment** | $0.00 | | $7,500.00 |

51. **Total of Part 8.**                                                                    | $186,500.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Mundo Latino Market Inc.**                                    Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** **mundolatinomarket.com** | **$0.00** | | **$0.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**                                                                    **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Mundo Latino Market Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,761.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $99,236.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $186,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $297,997.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $297,997.32 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Ascentium Capital LLC**<br>Creditor's Name<br><br>**PO Box 301593**<br>**Dallas, TX 75303**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**POS system scales, software (9 CAS Scales CL5000, Invontron Software, 9 SQL NODE License, LOC Module Scale Link)** | **$25,900.00** | **$12,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9375**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Equipment Finance**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2   Constellation New Energy, Inc.**<br>Creditor's Name<br><br>**14217 Collections Centre Dr.**<br>**Chicago, IL 60693**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Refrigeration System and Walk-in Coolers** | **$291,031.58** | **$150,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**Equipment Finance**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor    **Mundo Latino Market Inc.**                                      Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                                ☐ Disputed

_____

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $316,931.58 |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $280.00 |
|  | **458 ½ SOUTH BROADWAY MEAT INC.** |  |
|  | **458 1/2 S Broadway** |  |
|  | **Yonkers, NY 10705** |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $206.80 |
|  | **A&A DISTRIBUTORS** |  |
|  | **717 Pennsylvania Ave** |  |
|  | **Linden, NJ 07036** |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | Unknown |
|  | **AMERICAN EXPRESS** |  |
|  | **PO Box 1270** |  |
|  | **Newark, NJ 07101** |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __1003__

Basis for the claim: __Business Platinum Card__

Is the claim subject to offset? ☑ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | $18,274.59 |
|  | **American Express** |  |
|  | **P.O. Box 1270** |  |
|  | **Newark, NJ 07101** |  |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __1001__

Basis for the claim: __Plum card__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,100.00** |
|---|---|---|---|

**BEHALF**
**Ra'anana, HaHaroshet St 25**
**Israel**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$703.00** |
|---|---|---|---|

**BEST SNACKS CORP**
**100-06 93rd Avenue**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$157.16** |
|---|---|---|---|

**BIMBO FOODS, INC.**
**255 Business Center Dr**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,810.18** |
|---|---|---|---|

**BROADVIEW NETWORKS**
**800 Westchester Ave.**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **AACL**

Basis for the claim: **Phone services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,863.75** |
|---|---|---|---|

**C&C SIGNS**
**1275 Edward L. Grant Hwy**
**Bronx, NY 10452**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$530.00** |
|---|---|---|---|

**Camerino ALMONTE**
**1011 Sheridan Avenue, Apt.5-A**
**Bronx, NY 10456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91,702.34** |
|---|---|---|---|

**CAN CAPITAL**
**2015 Vaughn Road, Building 500**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|---|---|---|---|

**Carolyn COAKLEY**
**6043 19 Mile Road**
**Sterling Heights, MI 48314**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,829.60 |
|---|---|---|---|

**CASH REGISTER SYSTEMS INC**
**2906 RT 130 North**
**Riverside, NJ 08075**

Date(s) debt was incurred  __3098__

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  __Contract maintenance__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**CASHLINE ATM**
**41 Gold Street**
**Valley Stream, NY 11580**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  __Promissory note__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**Cibao Meat Products Inc.**
**630 St Ann's Ave**
**Bronx, NY 10455**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,334.10 |
|---|---|---|---|

**Cintas**
**PO Box 1474**
**Culpeper, VA 22701**

Date(s) debt was incurred _

Last 4 digits of account number  __790__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $773.33 |
|---|---|---|---|

**Conchita Foods, Inc.**
**10051 Nw 99th Avenue # 3**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,142.25 |
|---|---|---|---|

**Constellation NwEnergy, Inc.**
**14217 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  __0FFN__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Utility Service Charge__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.03 |
|---|---|---|---|

**Cosmo Provision Co, Inc.**
**12 Theresa Ln**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**D'Bois Ice Cream**
**26423 Grand Central Parkway**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,892.24 |
|---|---|---|---|

**Diaz Foods**
**c/o Allen Maxwell & Silver Inc**
**190 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _2744_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**EDDIE PAGAN/EP Security System**
**35 Hillside Ave**
**New York, NY 10040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.50 |
|---|---|---|---|

**EL FARO BAKERY, INC.**
**3124 FULTON ST.**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.40 |
|---|---|---|---|

**EL PANADERO**
**1380 St Nicholas Ave**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**EUROPEAN BEAUTY CONCEPTS**
**143 Woodworth Ave.**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _0046_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mundo Latino Market Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**F&J MASTER SALES**
**940 E 149th Street**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**FARMLAND FRESH DAIRIES, LLC**
**105-03 150TH Street**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**FelixTaveras**
**559 West 172nd Street**
**New York, NY 10032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**FERNANDO SANTOS**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.00 |
|---|---|---|---|

**FERNANDO'S BAKERY**
**5 Sherman St**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.60 |
|---|---|---|---|

**G Consulting**
**6 Transverse Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.99 |
|---|---|---|---|

**GENERAL TRADING CO., INC**
**455 18th Street**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Mundo Latino Market Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00**

Giovanni RODRIGUEZ
8200 Boulevard East, Apt. 17-K
North Bergen, NJ 07047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00**

Glennys MORALES
191 Audubon Avenue
Apt. 3B
New York, NY 10033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,350.05**

GOYA FOODS, INC.
100 Seaview Drive
Secaucus, NJ 07096

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5841**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,446.63**

GRACEKENNEDY FOODS (USA) LLC –
230 Moonachie Avenue
Moonachie, NJ 07074

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6143**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,030.63**

GURU NETWORKS
6 N. Pearl Street, Suite 304C
Port Chester, NY 10573

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,307.49**

IMPERIAL BAG & PAPER CO
255 Route 1 & 9
Jersey City, NJ 07306

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **N098**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,119.11**

Ink from Chase
PO Box 15123
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1676**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.40 |
|---|---|---|---|

**IOS NATURALS, LLC**
**4 Hickory Road**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9626**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,361.00 |
|---|---|---|---|

**J ESPOSITO & SONS**
**1328 39th St**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,153.70 |
|---|---|---|---|

**J&J FARMS CREAMERY CO.,INC**
**57-48 49th Place**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,874.93 |
|---|---|---|---|

**JACK'S EGGS**
**130 44th St**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,976.50 |
|---|---|---|---|

**JANOVER LLC**
**100 Quentin Roosevelt Blvd.**
**Suite 516**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**JEFFREY PEREZ**
**172 Sherman Avenue**
**Apt. 36**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,724.29 |
|---|---|---|---|

**Jeffrey PEREZ**
**172 Sherman Avenue**
**Apt. 36**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|---|---|---|---|

**JJCR ENTERPRISES LLC**
**17 Grand Avenue**
**River Edge, NJ 07661**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$997.00** |
|---|---|---|---|

**Jose Sanchez**
**West 590 W. 174 Street,  Apt.#**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$940.00** |
|---|---|---|---|

**Josephina  BAEZ DE VALDEZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Payroll**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$411.04** |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
**PO Box 659754**
**San Antonio, TX 78265**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3606**

Basis for the claim:   **Overdraft checking account**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89,908.46** |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
**PO Box 659754**
**San Antonio, TX 78265-9754**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3312**

Basis for the claim:   **Overdraft checking account**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,470.00** |
|---|---|---|---|

**Juan BAEZ**
**185 Audubon Avenue**
**Apt. 25**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Payroll**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Juan BURGOS**
**274 W 140 St**
**Apt. 46**
**New York, NY 10030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,036.00 |
|---|---|---|---|

**Juan ROJAS**
**503 West 169th Street**
**Apt.42**
**New York, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Payroll__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,903.70 |
|---|---|---|---|

**KATZMAN PRODUCE**
**153-157 NYC Terminal Market**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $663.50 |
|---|---|---|---|

**LATIN AMERICAN DISTRIBUTORS IN**
**307 Industrial Way W**
**Eatontown, NJ 07799**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**Lawrence Mitchell**
**229 West 60th Street**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Luz Rodriguez**
**557 West 174th Street, Apt.54**
**New York, NY 10033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $429.64 |
|---|---|---|---|

**MCKEE FOODS CORPORATION**
**PO BOX 2118**
**Collegedale, TN 37315**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,611.46 |
|---|---|---|---|

**MELBA UTICA PACKING CO. INC.**
**1209 Utica Avenue**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number __2016__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |

**Mondelez International**
**100 Deforest Ave**
**East Hanover, NJ 07936**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229.25** |

**NAC FOODS**
**235-239 Commercial Avenue**
**Palisades Park, NJ 07650**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.21** |

**Natasha ALMONTE**
**1164 Sheridan Avenue**
**4C**
**Bronx, NY 10456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |

**Norman KELLER**
**166 Bank Street, Apt. 4B**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.43** |

**NYC Fire Department**
**Church Street Station**
**PO Box 840**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0669**

Basis for the claim:  **Inspection Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.72** |

**Omniel BRENS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,966.07** |

**PLATZER, SWERGOLD, LEVINE, GOL**
**475 Park Avenue South, 18th Fl**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

Rafael FERNANDEZ
380 E. 143rd Street, 2l
Bronx, NY 10455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,000.00 |
|---|---|---|---|

RIGS MANAGEMENT CO., LLC
42 Bayview Avenue
PO BOX 4200
Manhasset, NY 11030

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.30 |
|---|---|---|---|

RJ TRADING OF NY CORP
375 Rider Ave
Bronx, NY 10451

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

Roberto ROBLES
1352 St. Nicholas Avenue, Apt.
New York, NY 10033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

ROL-ROM FOODS
33 6TH Avenue
Paterson, NJ 07542

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

Rosanna Chapman
1132 Southern Blvd
Bronx, NY 10459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

SAFEGUARD CHEMICAL CORPORATION
411 Wales Avenue
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SANITATION SALVAGE CORP.**
421 Manida St
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,612.15 |
|---|---|---|---|

**SUPERMARKET NEEDS CORP**
D/B/A Huguenot Sales Co.
1135 Southern Blvd
Bronx, NY 10459

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2015**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.00 |
|---|---|---|---|

**SWEET RAINBOW CANDY & NUTS**
226 S 12th Ave
Mount Vernon, NY 10550

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**TAN ENGINEERING, P.C.**
108-18 Queens Boulevard
Suite 1A
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,566.00 |
|---|---|---|---|

**TRAVELERS**
9954 Mayland Drive
Henrico, VA 23233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3815**

Basis for the claim: **Workers Comp**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**TROPICAL CHEESE INDUSTRIES**
450 Fayette Street
PO BOX 1357
Perth Amboy, NJ 08862

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,899.00 |
|---|---|---|---|

**TROPICAL EXPRESS, INC.**
529 Hunts Point Avenue
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **TROPICAL SOURCING LLC**<br>**9 Crossbrook Place**<br>**Livingston, NJ 07039** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$777.00** |
|---|---|---|---|
| | **UNITED HEALTH & FOOD CORP**<br>**296 Midland Ave**<br>**Saddle Brook, NJ 07663** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,205.45** |
|---|---|---|---|
| | **WEST SIDE FOODS**<br>**355 Food Center Drive**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Vendor** | |
| | **Last 4 digits of account number 9515** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **WORLDPAY**<br>**Suite 260**<br>**600 Morgan Falls Road**<br>**Atlanta, GA 30350** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Merchant Processing Services** | |
| | **Last 4 digits of account number 1245** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **YNOA CITRUS CORP**<br>**1319-1321 43rd St**<br>**North Bergen, NJ 07047** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attard & Associates, P.C.**<br>**475 Main Street**<br>**Ste 1F**<br>**Farmingdale, NY 11735** | Line **3.76**<br><br>☐ Not listed. Explain ____ | **7615** |
| 4.2 | **Darren Jay Epstein, Esq.,PC**<br>**254 South Main Street**<br>**Suite 406**<br>**New City, NY 10956** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mundo Latino Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Harvey, Scott & St. Charles, L**<br>**Meadowlands Corporate Center**<br>**1099 Wall Street West**<br>**Lyndhurst, NJ 07071** | Line __3.32__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Michael Alexander**<br>**CAN CAPITAL**<br>**2015 Vaughn Rd Suite 500**<br>**Kennesaw, GA 30144** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,031,589.97 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,031,589.97 |

**Fill in this information to identify the case:**

Debtor name       **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Stores #1,2,3 and Basement in the building known as 590 West 174th Street a/k/a 1272-1278 St. Nicholas Avenue** |
| State the term remaining | **13 years** |
| List the contract number of any government contract | |
| | **Rigs Management Co. c/o Milbrook Properties, Ltd. Manhasset, NY 11030** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kathryn L. Bedke | 250 West 24th Street, Apt.1-CE<br>New York, NY 10011 | **AMERICAN EXPRESS** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.2 | Kathryn L. Bedke | 250 West 24th Street, Apt.1-CE<br>New York, NY 10011 | **American Express** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.3 | Kathryn L. Bedke | 250 West 24th Street, Apt.1-CE<br>New York, NY 10011 | **RIGS MANAGEMENT CO., LLC** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.4 | Kathryn N. Holler | 8200 Boulevard E, Apt. 23G<br>North Bergen, NJ 07047 | **Ink from Chase** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.5 | Kathryn N. Holler | 8200 Boulevard E, Apt. 23G<br>North Bergen, NJ 07047 | **RIGS MANAGEMENT CO., LLC** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Mundo Latino Market Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Kathryn L. Bedke | 250 West 24th Street, Apt.1-CE<br>New York, NY 10011 | Rigs Management Co. | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.7 | Kathryn N. Holler | 8200 Boulevard East, Apt. 11-K<br>North Bergen, NJ 07047 | Rigs Management Co. | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |

**Fill in this information to identify the case:**

Debtor name    **Mundo Latino Market Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$-305,752.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

| Debtor | **Mundo Latino Market Inc.** | | Case number *(if known)* | |

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **West Side Foods Inc. vs. Mundo Latino Market Inc.**<br>**304295-2015** | **Judgment** | **Supreme Court**<br>**County of Bronx**<br>**851 Grand Concourse #111**<br>**Bronx, NY 10451** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Rigs Management Co. LLC vs. Mundo Latino Market**<br>**72022/15** | **Judgment** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.    **Melba Utica Packing Co. Inc. d/b/a Melba Utica Packing Co., vs. Mundo Latino Market Inc.**<br>**501870/16** | **Judgment** | **Supreme Court NYS, Kings**<br>**360 Adams Street**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.    **Supermarket Needs Corp. vs. Mundo Latino Market Inc. d/b/a El Mundo Latino Market**<br>**027276/15** | **Judgment** | **Supreme Court NYS**<br>**County of NY**<br>**60 Centre St # 5**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Mundo Latino Market Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Alla Kachan<br>3099 Coney Island Avenue<br>3rd Floor<br>Brooklyn, NY 11235** | | **May 11, 2016** | **$12,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Marjorie-Faith Holler** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **Mundo Latino Market Inc.**                                                Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor   **Mundo Latino Market Inc.**                                   Case number *(if known)* _____

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **Mundo Latino Market Inc.**                                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **JANOVER LLC**<br>**100 Quentin Roosevelt Blvd.**<br>**Suite 516**<br>**Garden City, NY 11530** | **2014-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathryn L. Bedke | **250 West 24th Street, Apt.1-CE**<br>**New York, NY 10011** | **Shareholder** | **70** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathryn N. Holler | **8200 Boulevard E, Apt. 23G**<br>**North Bergen, NJ 07047** | **Shareholder** | **30** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    __Mundo Latino Market Inc._____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May 11, 2016_____

__/s/ Kathryn N. Holler_____         __Kathryn N. Holler_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __president_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **Mundo Latino Market Inc.**                                            Case No. _____

Debtor(s)                                    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **12,000.00** |
    | Prior to the filing of this statement I have received | $ | **12,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 11, 2016**                              /s/ Alla Kachan
_Date_                                        **Alla Kachan 4244281**
                                              _Signature of Attorney_
                                              **Law Offices Of Alla Kachan, P.C.**
                                              **3099 Coney Island Avenue**
                                              **3rd Floor**
                                              **Brooklyn, NY 11235**
                                              **(718) 513-3145   Fax: (347) 342-3156**
                                              alla@kachanlaw.com
                                              _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Mundo Latino Market Inc.**                                Case No. _____

                                        Debtor(s)                  Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **president** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 11, 2016**                              Signature    **/s/ Kathryn N. Holler**

                                                                       **Kathryn N. Holler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Mundo Latino Market Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the president of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 11, 2016**

/s/ Kathryn N. Holler

**Kathryn N. Holler/president**
Signer/Title

458 ½ SOUTH BROADWAY MEAT INC.
458 1/2 S BROADWAY
YONKERS, NY 10705


A&A DISTRIBUTORS
717 PENNSYLVANIA AVE
LINDEN, NJ 07036


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


ASCENTIUM CAPITAL LLC
PO BOX 301593
DALLAS, TX 75303


ATTARD & ASSOCIATES, P.C.
475 MAIN STREET
STE 1F
FARMINGDALE, NY 11735


BEHALF
RA'ANANA, HAHAROSHET ST 25
ISRAEL


BEST SNACKS CORP
100-06 93RD AVENUE
RICHMOND HILL, NY 11418


BIMBO FOODS, INC.
255 BUSINESS CENTER DR
HORSHAM, PA 19044


BROADVIEW NETWORKS
800 WESTCHESTER AVE.
PORT CHESTER, NY 10573


C&C SIGNS
1275 EDWARD L. GRANT HWY
BRONX, NY 10452

CAMERINO ALMONTE
1011 SHERIDAN AVENUE, APT.5-A
BRONX, NY 10456


CAN CAPITAL
2015 VAUGHN ROAD, BUILDING 500
KENNESAW, GA 30144


CAROLYN COAKLEY
6043 19 MILE ROAD
STERLING HEIGHTS, MI 48314


CASH REGISTER SYSTEMS INC
2906 RT 130 NORTH
RIVERSIDE, NJ 08075


CASHLINE ATM
41 GOLD STREET
VALLEY STREAM, NY 11580


CIBAO MEAT PRODUCTS INC.
630 ST ANN'S AVE
BRONX, NY 10455


CINTAS
PO BOX 1474
CULPEPER, VA 22701


CONCHITA FOODS, INC.
10051 NW 99TH AVENUE # 3
MIAMI, FL 33178


CONSTELLATION NEW ENERGY, INC.
14217 COLLECTIONS CENTRE DR.
CHICAGO, IL 60693


CONSTELLATION NWENERGY, INC.
14217 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


COSMO PROVISION CO, INC.
12 THERESA LN
HARRISON, NY 10528

D'BOIS ICE CREAM
26423 GRAND CENTRAL PARKWAY
LITTLE NECK, NY 11362


DARREN JAY EPSTEIN, ESQ.,PC
254 SOUTH MAIN STREET
SUITE 406
NEW CITY, NY 10956


DIAZ FOODS
C/O ALLEN MAXWELL & SILVER INC
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


EDDIE PAGAN/EP SECURITY SYSTEM
35 HILLSIDE AVE
NEW YORK, NY 10040


EL FARO BAKERY, INC.
3124 FULTON ST.
BROOKLYN, NY 11233


EL PANADERO
1380 ST NICHOLAS AVE
NEW YORK, NY 10033


EUROPEAN BEAUTY CONCEPTS
143 WOODWORTH AVE.
YONKERS, NY 10701


F&J MASTER SALES
940 E 149TH STREET
BRONX, NY 10455


FARMLAND FRESH DAIRIES, LLC
105-03 150TH STREET
JAMAICA, NY 11435


FELIXTAVERAS
559 WEST 172ND STREET
NEW YORK, NY 10032


FERNANDO SANTOS

FERNANDO'S BAKERY
5 SHERMAN ST
LINDEN, NJ 07036


G CONSULTING
6 TRANSVERSE ROAD
GARDEN CITY, NY 11530


GENERAL TRADING CO., INC
455 18TH STREET
CARLSTADT, NJ 07072


GIOVANNI RODRIGUEZ
8200 BOULEVARD EAST, APT. 17-K
NORTH BERGEN, NJ 07047


GLENNYS MORALES
191 AUDUBON AVENUE
APT. 3B
NEW YORK, NY 10033


GOYA FOODS, INC.
100 SEAVIEW DRIVE
SECAUCUS, NJ 07096


GRACEKENNEDY FOODS (USA) LLC –
230 MOONACHIE AVENUE
MOONACHIE, NJ 07074


GURU NETWORKS
6 N. PEARL STREET, SUITE 304C
PORT CHESTER, NY 10573


HARVEY, SCOTT & ST. CHARLES, L
MEADOWLANDS CORPORATE CENTER
1099 WALL STREET WEST
LYNDHURST, NJ 07071


IMPERIAL BAG & PAPER CO
255 ROUTE 1 & 9
JERSEY CITY, NJ 07306


INK FROM CHASE
PO BOX 15123
WILMINGTON, DE 19850

IOS NATURALS, LLC
4 HICKORY ROAD
WEST ORANGE, NJ 07052


J ESPOSITO & SONS
1328 39TH ST
BROOKLYN, NY 11218


J&J FARMS CREAMERY CO.,INC
57-48 49TH PLACE
MASPETH, NY 11378


JACK'S EGGS
130 44TH ST
BROOKLYN, NY 11232


JANOVER LLC
100 QUENTIN ROOSEVELT BLVD.
SUITE 516
GARDEN CITY, NY 11530


JEFFREY PEREZ
172 SHERMAN AVENUE
APT. 36
NEW YORK, NY 10034


JEFFREY PEREZ
172 SHERMAN AVENUE
APT. 36
NEW YORK, NY 10034


JJCR ENTERPRISES LLC
17 GRAND AVENUE
RIVER EDGE, NJ 07661


JOSE SANCHEZ
WEST 590 W. 174 STREET, APT.#
NEW YORK, NY 10033


JOSEPHINA  BAEZ DE VALDEZ


JPMORGAN CHASE BANK, N.A.
PO BOX 659754
SAN ANTONIO, TX 78265

```
JPMORGAN CHASE BANK, N.A.
PO BOX 659754
SAN ANTONIO, TX 78265-9754


JUAN BAEZ
185 AUDUBON AVENUE
APT. 25
NEW YORK, NY 10033


JUAN BURGOS
274 W 140 ST
APT. 46
NEW YORK, NY 10030


JUAN ROJAS
503 WEST 169TH STREET
APT.42
NEW YORK, NY 10032


KATHRYN L. BEDKE
250 WEST 24TH STREET, APT.1-CE
NEW YORK, NY 10011


KATHRYN L. BEDKE
250 WEST 24TH STREET, APT.1-CE
NEW YORK, NY 10011


KATHRYN L. BEDKE
250 WEST 24TH STREET, APT.1-CE
NEW YORK, NY 10011


KATHRYN N. HOLLER
8200 BOULEVARD E, APT. 23G
NORTH BERGEN, NJ 07047


KATHRYN N. HOLLER
8200 BOULEVARD E, APT. 23G
NORTH BERGEN, NJ 07047


KATZMAN PRODUCE
153-157 NYC TERMINAL MARKET
BRONX, NY 10474
```

LATIN AMERICAN DISTRIBUTORS IN
307 INDUSTRIAL WAY W
EATONTOWN, NJ 07799


LAWRENCE MITCHELL
229 WEST 60TH STREET
NEW YORK, NY 10023


LUZ RODRIGUEZ
557 WEST 174TH STREET, APT.54
NEW YORK, NY 10033


MCKEE FOODS CORPORATION
PO BOX 2118
COLLEGEDALE, TN 37315


MELBA UTICA PACKING CO. INC.
1209 UTICA AVENUE
BROOKLYN, NY 11203


MICHAEL ALEXANDER
CAN CAPITAL
2015 VAUGHN RD SUITE 500
KENNESAW, GA 30144


MONDELEZ INTERNATIONAL
100 DEFOREST AVE
EAST HANOVER, NJ 07936


NAC FOODS
235-239 COMMERCIAL AVENUE
PALISADES PARK, NJ 07650


NATASHA ALMONTE
1164 SHERIDAN AVENUE
4C
BRONX, NY 10456


NORMAN KELLER
166 BANK STREET, APT. 4B
NEW YORK, NY 10014

NYC FIRE DEPARTMENT
CHURCH STREET STATION
PO BOX 840
NEW YORK, NY 10008


OMNIEL BRENS


PLATZER, SWERGOLD, LEVINE, GOL
475 PARK AVENUE SOUTH, 18TH FL
NEW YORK, NY 10016


RAFAEL FERNANDEZ
380 E. 143RD STREET, 2I
BRONX, NY 10455


RIGS MANAGEMENT CO.
C/O MILBROOK PROPERTIES, LTD.
MANHASSET, NY 11030


RIGS MANAGEMENT CO., LLC
42 BAYVIEW AVENUE
PO BOX 4200
MANHASSET, NY 11030


RJ TRADING OF NY CORP
375 RIDER AVE
BRONX, NY 10451


ROBERTO ROBLES
1352 ST. NICHOLAS AVENUE, APT.
NEW YORK, NY 10033


ROL-ROM FOODS
33 6TH AVENUE
PATERSON, NJ 07542


ROSANNA CHAPMAN
1132 SOUTHERN BLVD
BRONX, NY 10459


SAFEGUARD CHEMICAL CORPORATION
411 WALES AVENUE
BRONX, NY 10454

SANITATION SALVAGE CORP.
421 MANIDA ST
BRONX, NY 10474


SUPERMARKET NEEDS CORP
D/B/A HUGUENOT SALES CO.
1135 SOUTHERN BLVD
BRONX, NY 10459


SWEET RAINBOW CANDY & NUTS
226 S 12TH AVE
MOUNT VERNON, NY 10550


TAN ENGINEERING, P.C.
108-18 QUEENS BOULEVARD
SUITE 1A
FOREST HILLS, NY 11375


TRAVELERS
9954 MAYLAND DRIVE
HENRICO, VA 23233


TROPICAL CHEESE INDUSTRIES
450 FAYETTE STREET
PO BOX 1357
PERTH AMBOY, NJ 08862


TROPICAL EXPRESS, INC.
529 HUNTS POINT AVENUE
BRONX, NY 10474


TROPICAL SOURCING LLC
9 CROSSBROOK PLACE
LIVINGSTON, NJ 07039


UNITED HEALTH & FOOD CORP
296 MIDLAND AVE
SADDLE BROOK, NJ 07663


WEST SIDE FOODS
355 FOOD CENTER DRIVE
BRONX, NY 10474

```
WORLDPAY
SUITE 260
600 MORGAN FALLS ROAD
ATLANTA, GA 30350


YNOA CITRUS CORP
1319-1321 43RD ST
NORTH BERGEN, NJ 07047
```

# United States Bankruptcy Court
## Southern District of New York

In re    **Mundo Latino Market Inc.**        Case No. _____

                      Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mundo Latino Market Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2016** | **/s/ Alla Kachan** |
| Date | **Alla Kachan 4244281** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Mundo Latino Market Inc.** |
| | **Law Offices Of Alla Kachan, P.C.** |
| | **3099 Coney Island Avenue** |
| | **3rd Floor** |
| | **Brooklyn, NY 11235** |
| | **(718) 513-3145 Fax:(347) 342-3156** |
| | **alla@kachanlaw.com** |